# Court of Appeals
# of the State of Georgia

ATLANTA, June 04, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1922. LUIS MORALES v. THE STATE.**

In January 2025, Luis Morales was convicted of two counts of statutory rape. On January 21, 2026, Morales, appearing pro se, filed a motion for leave to file an out-of-time notice of appeal. The trial court dismissed Morales's motion, and he appealed the trial court's order. We, however, lack jurisdiction.

In *Cook v. State*, 313 Ga. 471, 506(5) (870 SE2d 758) (2022), the Supreme Court of Georgia determined that a trial court lacks authority to grant an out-of-time appeal, and that any remedy involving an out-of-time appeal must be sought in habeas corpus. There, the Supreme Court vacated the trial court's order denying the defendant's motion for out-of-time appeal and remanded with instructions to dismiss the motion. Id. In response, the legislature enacted OCGA § 5-6-39.1, which became effective on May 14, 2025. This statute allows for defendants to seek out-of-time relief if (1) the defendant moves for leave to file an out-of-time motion for new trial or notice of appeal within 100 days from the expiration of the time period for the filing of such motion or notice, or (2) the defendant had an out-of-time motion or appeal dismissed under *Cook*.

Here, OCGA § 5-6-39.1(b) does not apply to Morales because he neither filed a motion for out-of-time appeal within 100 days from the expiration of the time period for filing a notice of appeal nor had a motion for out-of-time appeal dismissed under *Cook*. Because Morales is not entitled to pursue out-of-time relief, the propriety of the trial court's ruling on his request for an out-of-time appeal is moot. See *Carlock v. Kmart Corp.*, 227 Ga. App. 356, 361(3)(a) (489 SE2d 99) (1997) (a moot issue is one

where a ruling is sought on a matter that has no practical effect on the alleged controversy or where the issues have ceased to exist).

Accordingly, this appeal is hereby DISMISSED. See OCGA § 5-6-48(b)(3) (providing for dismissal of an appeal when the questions presented have become moot).



Court of Appeals of the State of Georgia
  Clerk's Office, Atlanta,___06/04/2026_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*